UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** § | |
| § | |
| **V.** § | **CASE NO. 6:07cr65** |
| § | |
| **RAYMOND TORRES, JR.** § | |

### ORDER ADOPTING THE REPORT AND RECOMMENDATION
### OF THE UNITED STATES MAGISTRATE JUDGE

By order, the undersigned referred this matter to the Honorable John D. Love, United States Magistrate Judge, at Tyler, Texas, for administration of a guilty plea under Rules 11 and 32 of the Federal Rules of Criminal Procedure.  Judge Love conducted a hearing in the form and manner prescribed by Federal Rule of Criminal Procedure 11 and the Honorable John D. Love issued his *Report and Recommendation of the United States Magistrate Judge* [Clerk's doc. #70].  The Magistrate Judge recommended that the Court accept Defendant's guilty plea.  He further recommended that the undersigned finally adjudge Defendant as guilty to **Counts Two and Three of the Indictment** filed against Defendant in this cause.

The parties have not objected to the magistrate judge's findings.  The Court is of the opinion that the *Report and Recommendation* should be accepted.  It is accordingly **ORDERED** that the *Report and Recommendation* [Clerk's doc. #70] of the United States Magistrate Judge are **ADOPTED.**  Defendant's guilty plea are conditionally **ACCEPTED** by the Court at this time.

It is further **ORDERED** that, in accordance with Defendant's guilty plea and the magistrate judge's findings and recommendation, Defendant, Raymond Torres, Jr., is hereby adjudged as **GUILTY** to **Counts Two and Three** of the charging **Indictment**, conditioned upon the Court's final acceptance of the guilty plea at sentencing.

**SIGNED this 17th day of December, 2007.**

MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE